IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY SMOLEK,

                                                                                           ORDER

                          Plaintiff,

                                                                                         13-cv-657-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have stipulated to entry of judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The stipulation will be approved.

      On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing to submit additional evidence, testimony and arguments. The administrative law judge will further develop the record, obtain a consultative evaluation, if necessary and further assess the nature and severity of all medically determinable impairments at step two of the sequential evaluation process. If the administrative law judge finds that plaintiff has an impairment or combination of impairments that are severe, the administrative law judge will proceed with the sequential evaluation process as needed to reach a decision.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

Entered this 5th day of March, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge