IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY SMOLEK,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 13-cv-657-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) and remanding this case to the Commissioner for further proceedings.

        ____s/ A. Wiseman, Deputy Clerk____　　　　_____March 6, 2014_____
        Peter Oppeneer, Clerk of Court　　　　　　　　　　　　　Date