IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY SMOLEK,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

    v.                                          Case No. 13-cv-657-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jeffrey Smolek attorney fees and costs in the amount of $1,540.18 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

                        s/ A. Wiseman, Deputy Clerk                  June 13, 2014
                        Peter Oppeneer, Clerk of Court                     Date